Billy C. Wilkins
1050 W. Commerce
Brownwood, Texas 76801

39,583-45

Dec. 4th 2015

In re: Billy Charles Wilkins
    WR-39583-10 Trl. Ct. No. 13,872-J

Dear Abel Acosta,

    Please find enclosed the original Motion For LEAVE To File Petition For Writ of Mandamus, the original Petition For Writ of Mandamus. I kindly ask that in your usual manner that your file the Motion For Leave then bring the matter of both motions to the attention of your Court.

                                Respectfully yours,
                                Billy C. Wilkins Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 09 2015

Abel Acosta, Clerk

# COURT OF CRIMINAL APPEALS OF TEXAS

IN RE: Billy Charles Wilkins
  WR-39,583-10  Trl. Ct. No. 13,872-J

## MOTION FOR LEAVE TO FILE
## PETITION FOR A WRIT OF MANDAMUS

To The Honorable Judge of Said Court:

Comes Now, Billy Charles Wilkins, Petitioner in the above entitled and numbered cause and moves the Court for Leave to file his Petition For A Writ of Mandamus and petitioner will show unto the Court the following:

### I.

### JURISDICTION

This Honorable Court has jurisdiction to address the issues raised herein pursuant to Texas Rule of Appellate Procedure Rule 72.1

### II.

### ISSUES RAISED

On the 12th day of February, 2015, petitioner newly discovered his Application for a Writ of Habeas Corpus presented to the 35th District Court Clerk on the 23rd day of August, 2007 is in violation to Article 11.07 § 3, V.A.C.C.P. and the entire form application should have been returned to the 35th District Court Clerk with instructions that the writ issued by the 35th District Judge was without competent jurisdiction.

### PRAYER

WHEREFORE PREMISSES CONSIDERED, Petitioner prays that this Court grant leave to file his Petition For A Writ of Mandamus.

Signed on this 4th day of February 2015.

Respectfully submitted,

Billy C. Wilkins

# COURT OF CRIMINAL APPEALS OF TEXAS

## IN RE: BILLY CHARLES WILKINS
### WR-39,583-10   T/. Ct. No. 13,872-J

## PETITION FOR A WRIT OF MANDAMAS

To The Honorable Judge of Said Court:

COMES NOW, Billy Charles Wilkins, ~~the~~ Petitioner in the above entitled and numbered cause and moves the Court to order a hearing to petitioner's petition for a writ of mandamus to address issues raised herein and petitioner will show unto the Court the following:

### I

### JURISDICTION

This Honorable Court has jurisdiction to address the issues and claims raised herein pursuant to Texas Rules of Appellate Procedure Rule 72

### II.

### ISSUES RAISED

### I  11.07 - THE STATUTE

Habeas corpus petitions in non-capital felony cases fall under Chapter 11 of the Texas Code of Criminal Procedure. Article 11.01 defines the writ as follows:

The writ of habeas corpus is the remedy to be used when any person is restrained in his liberty. It is an order issued by a court or judge of competent jurisdiction, directed to any one having a person in his custody, or under his restraint, commanding him to produce such a person, at a time and place named in the writ, and show why he is held in custody or under restraint.

~~The writ of habeas corpus is the remedy to be used when any person is~~

- Article 11.07 applications. This section pertains to applicants who seek relief from a felony judgment imposing a penalty other than death. For practitioners, the most important provisions to remember when dealing with this section are:

Where the application is filed. Section 3(b) of art. 11.07 states that an application must be filed with the clerk of the court in which the conviction being challenged was obtained, and that the clerk shall assign the application to that court.

Court of Criminal Appeals of Texas Application for a Writ of Habeas Corpus Seeking Relief From Final Felony Conviction Under Code of Criminal Procedure, Article 11.07
INSTRUCTIONS

Specifically:

3. You must file the entire writ application form, including those sections that do not apply to you. If any pages are missing from the form, or if the form has been downloaded and the questions have been renumbered or omitted, your entire application will be returned as non-compliant. If your application is returned as non-compliant, the clerk of the trial court will write a note of the defect on your application and return the form to you without filing it.

On the 23rd day of August, 2007 petitioner mailed to the 35th District Court Clerk Jan Brown his Article 11.07 Application for a Writ of Habeas Corpus. Enclosed with said application was a letter of instructions to the clerk, One Application for a Writ of Habeas Corpus, One Memorandum of law, with a copy of the State's complaint, and one copy of the grand jury indictment. Please, will you make one copy for the District Attorney, then file said same presenting the copy to the D.A. then bring the original to the attention of the Court.

On the 12th day of February, 2015, petitioner received from the 35th

District Court Clerk, Cheryl Jones a copy of the original application for a Writ of Habeas Corpus assigned Cause Number 13,872-J. In accordance to the Instruction number 3 designed by the Court of Criminal Appeals I must file the entire writ application form.... The Court of Criminal Appeals as a duty to have returned the entire application as non-compliant, to the clerk of the trial court because said application is in violation of Article 11.07 Section 3. An application must be filed with the clerk of the court in which the conviction being challenged was obtained....

Instead of the Court of Criminal Appeals having returned the entire application an non-complaint, to the clerk of the trial court because said application is in violation of Article 11.07 § 3, the Court issued a order because the sets out on pape five of the application:

You may attach a memorandum of law to the form application if you want to present legal authorities, but the Court will not consider grounds for relief in a memorandum of law that were not stated on the form application. Petitioner in his memorandum of law brought up a ground for relief by showing of a fatally defective indictment. Petitioner gravely regrets he failed to present the ground on the form application.

The order issued by the Court of Criminal Appeals after there decision to application WR-39,583-10 has no general effect to an application that violates Article 11.07 § 3. The writ of habeas corpus is the remedy to be used when any person is restrained in his liberty. It is an order issued by a court or judge of competent jurisdiction....

Here the writ issued by the 35th District Court Judge was without competent jurisdiction because the form application is in violation with Article 11.07 § 3 V.A.C.C.P. and instructions set forth on the form application.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, petitioner prays that this Honorable Court after conducting a hearing and considering petitioner's issues raised in his Petition For Writ of Mandamus issue the Writ of Mandamus Order the Court of Criminal Appeals is Order for Abuse of the Writ to be set aside and return to the clerk of the 35th District Court the entire form application Cause Number 13,822-J for failure to comply with Article 11.07 §3 as well as the instruction 3 upon the form application.

Signed on this the 4th day of December 2015.

Respectfully submitted,

Billy C. Wilkins, Pro Se